UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOB BELGARD and JANIE LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | NO: 2:15-CV-0244-TOR<br><br>ORDER APPROVING STIPULATED PROTECTIVE ORDER |

BEFORE THE COURT is the Parties' Stipulated Motion for Agreed Protective Order Re: Safeco Insurance Company of America Documents (ECF No. 15). The Court reviewed the stipulation and the file therein and is fully informed.

**IT IS ORDERED:**

The Parties' Stipulated Protective Order (ECF No. 15) is **APPROVED** and shall govern this proceeding.

//

//

ORDER APPROVING STIPULATED PROTECTIVE ORDER ~ 1

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** February 25, 2016.



```
                    THOMAS O. RICE
                    Chief United States District Judge
```