UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOB BELGARD and JANIE LEWIS,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Defendant. | NO: 2:15-CV-0244-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 20). The motion was submitted for consideration without oral argument. The Court—having reviewed the motion and the entire record—is fully informed. The parties have stipulated that all claims in this action be dismissed with prejudice and without costs, with each party to bear their own attorneys' fees.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

Case 2:15-cv-00244-TOR    Document 21    Filed 05/27/16

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to the parties' stipulated motion (ECF NO. 20) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this matter are **DISMISSED** with prejudice and without costs, each party to bear their own attorneys' fees.

The District Court Clerk is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** May 27, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2